## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

TURNER INDUSTRIES GROUP, LLC   §
§
§
     **Plaintiff,**   §
§
VS.   §     **CIVIL ACTION NO. 4:13-CV-00456**
§
INTERNATIONAL UNION OF   §
OPERATING ENGINEERS,   §
LOCAL 450   §
§
     **Defendant.**   §

## DECLARATION OF TAMMY BRISCOE
## REGARDING UNITED LABOR GROUP INVOICES

1.     My name is Tammy Briscoe. I am an adult resident citizen of East Baton Rouge Parish, Louisiana, and am competent to make this Declaration. The facts stated in this Declaration are within my personal knowledge.

2.     I am currently employed as Executive Assistant in Turner Industries Group's ("TIG") Crane Rental Equipment Division. I am responsible for ensuring that TIG maintains accurate and complete records of the payments made to both employees and outside vendors who provide TIG's Crane Rental Equipment Division with the services necessary to meet TIG's customers' needs. I have had that responsibility for the last seven years.

3.     As part of my regular and customary duties for TIG, I received and reviewed Invoices submitted by United Labor Group LLC, the outside vendor that provided contractor labor for TIG's crane operation services in Texas beginning in February of 2013. I reviewed the United Labor Group Invoices transmitted by United Labor Group, and I have maintained such Invoices in the regular course and scope of my duties for TIG.

4.    These 23 pages of United Labor Group Invoices attached hereto were received by me in the regular course and scope of my duties as Executive Assistant for TIG's Crane Equipment Rental Division.  I relied upon these United Labor Group Invoices to initiate the processing of TIG's payment of each Invoice attached.

5.    TIG's regularly maintained database of accounts payable, to which I have personal access and about which I have personal knowledge because of my duties, reflect that TIG has paid all amounts identified in the United Labor Group Invoices attached hereto.

6.    I declare and state under penalty of perjury that the foregoing statements are true and correct.

Executed this the 22 day of May, 2014.

Tammy Briscoe

z.  Plaintiff's business records and receipts from
United Labor Group, LLC showing additional labor
expenses incurred by Plaintiff because of Defendant's
breach of contract and/or unlawful threats to
dissuade existing/ prospective crane operators
from providing services to Plaintiff

PLTF. TURNER
EXHIBIT    26
4:13-cv-00456
BENCH TRIAL



**UNITED LABOR GROUP**

Remit To:

**United Labor Group, LLC**
PO Box 508
Logansport, IN 46947

Turner Industries Group, LLC
PO Box 1613
Baton Rouge, LA 70821

# INVOICE

| Invoice Amount |
|:--:|
| **$18,682.88** |

| Payment Terms | Invoice Date |
|:--:|:--:|
| Net 30 Days | 02/28/2013 |
| **Invoice No** | **Customer No.** |
| 7590 | 1174 |

| PO #: Shell Deer Park Jobsite |
|:--:|

**Make Check Payable to United Labor Group, LLC**

| Customer Name | Department | Customer No. | Payment Terms |
|:--:|:--:|:--:|:--:|
| Turner Industries Group, LLC | Corporate | 1174 | Net 30 Days |

| Description | | Type | Units | Rate | Amount |
|---|---|:--:|:--:|:--:|:--:|
| **WeekWorked: 02/24/2013** | | | | | |
| Ackerman, Joel A | Mechanical | Reg | 34.00 | $51.57 | $1,753.38 |
| Ackerman, Joel A | Mechanical | Per Diem | 4.00 | $85.00 | $340.00 |
| Allan, Masco | Mechanical | Reg | 25.00 | $51.57 | $1,289.25 |
| Allen, Masco | Mechanical | Per Diem | 3.00 | $85.00 | $255.00 |
| Clowes, Dewayne | Mechanical | Reg | 21.00 | $51.57 | $1,082.97 |
| Clowes, Dewayne | Mechanical | Per Diem | 3.00 | $85.00 | $255.00 |
| Collins Jr, Charles | Mechanical | Reg | 24.50 | $51.57 | $1,263.47 |
| Collins Jr, Charles | Mechanical | Per Diem | 3.00 | $85.00 | $255.00 |
| Dorn, John | Mechanical | Reg | 29.50 | $51.57 | $1,521.32 |
| Dorn, John | Mechanical | Per Diem | 3.00 | $85.00 | $255.00 |
| Lassiter, Kerry Donas | Mechanical | Reg | 8.50 | $51.57 | $438.35 |
| Lassiter, Kerry Donas | Mechanical | Per Diem | 1.00 | $85.00 | $85.00 |
| Manint, Ernest | Mechanical | Reg | 24.00 | $51.57 | $1,237.68 |
| Manint, Ernest | Mechanical | Per Diem | 3.00 | $85.00 | $255.00 |
| McKnight, Charles Albert | Mechanical | Reg | 20.00 | $51.57 | $1,031.40 |
| McKnight, Charles Albert | Mechanical | Per Diem | 3.00 | $85.00 | $255.00 |
| Moore, Ronald | Mechanical | Reg | 20.00 | $51.57 | $1,031.40 |
| Moore, Ronald | Mechanical | Per Diem | 3.00 | $85.00 | $255.00 |
| Rudolph, Stanley | Mechanical | Reg | 22.50 | $51.57 | $1,160.33 |
| Rudolph, Stanley | Mechanical | Per Diem | 3.00 | $85.00 | $255.00 |
| Watson, Melvin | Mechanical | Reg | 20.00 | $51.57 | $1,031.40 |
| Watson, Melvin | Mechanical | Per Diem | 3.00 | $85.00 | $255.00 |
| Wollard, Jacob | Mechanical | Reg | 21.00 | $51.57 | $1,082.97 |

| Description | | Type | Units | Rate | Amount |
|---|---|---|---|---|---|
| Wollard, Jacob | Mechanical | Per Diem | 3.00 | $85.00 | $255.00 |
| Wright, Gordon | Mechanical | Reg | 28.00 | $51.57 | $1,443.96 |
| Wright, Gordon | Mechanical | Per Diem | 4.00 | $85.00 | $340.00 |
| | | Total This WeekWorked: | | | $18,682.88 |

| Reg: 298 OT: 0 DT: 0 | Total - This Invoice: | $18,682.88 |
|---|---|---|



**UNITED LABOR GROUP**

Remit To:

**United Labor Group, LLC**
PO Box 508
Logansport, IN 46947

Turner Industries Group, LLC
PO Box 1613
Baton Rouge, LA 70821

## INVOICE

| Invoice Amount |
|---|
| **$995.12** |

| Payment Terms | Invoice Date |
|---|---|
| Net 30 Days | 02/28/2013 |
| Invoice No. | Customer No. |
| 7596 | 1174 |

| PO #: Shell Deer Park Jobsite |
|---|

**Make Check Payable to United Labor Group, LLC**

| Customer Name | Department | Customer No. | Payment Terms |
|---|---|---|---|
| Turner Industries Group, LLC | Corporate | 1174 | Net 30 Days |

| Description | | Type | Units | Rate | Amount |
|---|---|---|---|---|---|
| WeekWorked: 02/24/2013 | | | | | |
| Lassiter, Kerry Donas | Mechanical | Reg | 16.00 | $51.57 | $825.12 |
| Lassiter, Kerry Donas | Mechanical | Per Diem | 2.00 | $85.00 | $170.00 |
| | | | | Total This WeekWorked: | $995.12 |

| Reg: 16 OT: 0 DT: 0 | Total - This Invoice: | $995.12 |
|---|---|---|

Page 1 of 1



**INVOICE**

| Invoice Amount |
| --- |
| **$47,547.48** |

**Remit To:**
United Labor Group, LLC
PO Box 1084
Logansport, IN 46947

| Payment Terms | Invoice Date |
| --- | --- |
| Net 30 Days | 03/07/2013 |
| Invoice No. | Customer No. |
| 7678 | 1174 |

| PO #: Shell Deer Park Jobsite |
| --- |

Turner Industries Group, LLC
PO Box 1613
Baton Rouge, LA 70821

**Make Check Payable to United Labor Group, LLC**

| Customer Name | Department | Customer No. | Payment Terms |
| --- | --- | --- | --- |
| Turner Industries Group, LLC | Corporate | 1174 | Net 30 Days |

| Description | | Type | Units | Rate | Amount |
| --- | --- | --- | --- | --- | --- |
| **WeekWorked: 03/03/2013** | | | | | |
| Ackerman, Joel A | Mechanical | Reg | 40.00 | $51.57 | $2,062.80 |
| Ackerman, Joel A | Mechanical | OT | 9.50 | $74.26 | $705.47 |
| Ackerman, Joel A | Mechanical | Per Diem | 5.00 | $85.00 | $425.00 |
| Buterbaugh, Troy | Mechanical | Reg | 40.00 | $51.57 | $2,062.80 |
| Buterbaugh, Troy | Mechanical | OT | 23.00 | $74.26 | $1,707.98 |
| Buterbaugh, Troy | Mechanical | Per Diem | 6.00 | $85.00 | $510.00 |
| Clowes, Dewayne | Mechanical | Reg | 40.00 | $51.57 | $2,062.80 |
| Clowes, Dewayne | Mechanical | OT | 25.50 | $74.26 | $1,893.63 |
| Clowes, Dewayne | Mechanical | Per Diem | 7.00 | $85.00 | $595.00 |
| Hebart Jr, Lester | Mechanical | Reg | 40.00 | $51.57 | $2,062.80 |
| Hebart Jr, Lester | Mechanical | OT | 19.00 | $74.26 | $1,410.94 |
| Hebart Jr, Lester | Mechanical | Per Diem | 6.00 | $85.00 | $510.00 |
| Helfrich, William | Mechanical | Reg | 40.00 | $51.57 | $2,062.80 |
| Helfrich, William | Mechanical | OT | 15.50 | $74.26 | $1,151.03 |
| Helfrich, William | Mechanical | Per Diem | 5.00 | $85.00 | $425.00 |
| Lassiter, Kerry Donas | Mechanical | Reg | 40.00 | $51.57 | $2,062.80 |
| Lassiter, Kerry Donas | Mechanical | OT | 3.00 | $74.26 | $222.78 |
| Lassiter, Kerry Donas | Mechanical | Per Diem | 4.00 | $85.00 | $340.00 |
| Manint, Ernest | Mechanical | Reg | 40.00 | $51.57 | $2,062.80 |
| Manint, Ernest | Mechanical | OT | 23.00 | $74.26 | $1,707.98 |
| Manint, Ernest | Mechanical | Per Diem | 6.00 | $85.00 | $510.00 |
| Moore, Ronald | Mechanical | Reg | 31.00 | $51.57 | $1,598.67 |
| Moore, Ronald | Mechanical | Per Diem | 3.00 | $85.00 | $255.00 |

| Description | | Type | Units | Rate | Amount |
|---|---|---|---|---|---|
| Rudolph, Stanley | Mechanical | Reg | 5.50 | $51.57 | $283.64 |
| Rudolph, Stanley | Mechanical | Per Diem | 1.00 | $85.00 | $85.00 |
| Snead III, Martin | Mechanical | Reg | 25.50 | $51.57 | $1,315.04 |
| Snead III, Martin | Mechanical | Per Diem | 3.00 | $85.00 | $255.00 |
| Vigier, Joseph | Mechanical | Reg | 40.00 | $51.57 | $2,062.80 |
| Vigier, Joseph | Mechanical | OT | 18.00 | $74.26 | $1,336.68 |
| Vigier, Joseph | Mechanical | Per Diem | 6.00 | $85.00 | $510.00 |
| Wollard, Jacob | Mechanical | Reg | 40.00 | $51.57 | $2,062.80 |
| Wollard, Jacob | Mechanical | OT | 30.90 | $74.26 | $2,294.63 |
| Wollard, Jacob | Mechanical | Per Diem | 7.00 | $85.00 | $595.00 |
| Woolard, Jeffery | Mechanical | Reg | 40.00 | $51.57 | $2,062.80 |
| Woolard, Jeffery | Mechanical | OT | 22.00 | $74.26 | $1,633.72 |
| Woolard, Jeffery | Mechanical | Per Diem | 6.00 | $85.00 | $510.00 |
| Wright, Gordon | Mechanical | Reg | 40.00 | $51.57 | $2,062.80 |
| Wright, Gordon | Mechanical | OT | 21.00 | $74.26 | $1,559.46 |
| Wright, Gordon | Mechanical | Per Diem | 6.00 | $85.00 | $510.00 |
| | | | | Total This WeekWorked: | $47,547.45 |

| Reg: 802 OT: 210.4 DT: 0 | Total - This Invoice: | $47,547.45 |
|---|---|---|



**UNITED LABOR GROUP**

Remit To:

**United Labor Group, LLC**
PO Box 508
Logansport, IN 46947

Turner Industries Group, LLC
PO Box 1613
Baton Rouge, LA 70821

## INVOICE

| Invoice Amount |
|:---:|
| **$1,488.12** |

| Payment Terms | Invoice Date |
|:---:|:---:|
| Net 30 Days | 03/08/2013 |
| Invoice No. | Customer No. |
| 7685 | 1174 |

| PO #: Shell Deer Park Jobsite |
|:---:|

**Make Check Payable to United Labor Group, LLC**

| Customer Name | Department | Customer No. | Payment Terms |
|:---:|:---:|:---:|:---:|
| Turner Industries Group, LLC | Corporate | 1174 | Net 30 Days |

| Description | | Type | Units | Rate | Amount |
|---|---|:---:|:---:|:---:|:---:|
| WeekWorked: 03/03/2013 | | | | | |
| Moore, Ronald | Mechanical | Reg | 9.00 | $51.57 | $464.13 |
| Moore, Ronald | Mechanical | OT | 11.50 | $74.26 | $853.99 |
| Moore, Ronald | Mechanical | Per Diem | 2.00 | $85.00 | $170.00 |
| | | | | **Total This WeekWorked:** | **$1,488.12** |

| Reg: 9 OT: 11.5 DT: 0 | Total - This Invoice: | $1,488.12 |
|---|---|---|



# INVOICE

| Invoice Amount |
|---|
| **$55,375.68** |

| Payment Terms | Invoice Date |
|---|---|
| Net 30 Days | 03/14/2013 |
| Invoice No. | Customer No. |
| 7752 | 1174 |

| PO #: Shell Deer Park Jobsite |
|---|

Remit To:

**United Labor Group, LLC**
PO Box 508
Logansport, IN 46947

Turner Industries Group, LLC
PO Box 1613
Baton Rouge, LA 70821

**Make Check Payable to United Labor Group, LLC**

| Customer Name | Department | Customer No. | Payment Terms |
|---|---|---|---|
| Turner Industries Group, LLC | Corporate | 1174 | Net 30 Days |

| Description | | Type | Units | Rate | Amount |
|---|---|---|---|---|---|
| **WeekWorked: 03/03/2013** | | | | | |
| Buterbaugh, Troy | Mechanical | OT | 8.00 | $74.26 | $594.08 |
| Buterbaugh, Troy | Mechanical | Per Diem | 1.00 | $85.00 | $85.00 |
| Helfrich, William | Mechanical | OT | 16.00 | $74.26 | $1,188.16 |
| Helfrich, William | Mechanical | Per Diem | 2.00 | $85.00 | $170.00 |
| | | **Total This WeekWorked:** | | | **$2,037.24** |
| **WeekWorked: 03/10/2013** | | | | | |
| Ackerman, Joel A | Mechanical | Reg | 40.00 | $51.57 | $2,062.80 |
| Ackerman, Joel A | Mechanical | OT | 44.00 | $74.26 | $3,267.44 |
| Ackerman, Joel A | Mechanical | Per Diem | 7.00 | $85.00 | $595.00 |
| Buterbaugh, Troy | Mechanical | Reg | 40.00 | $51.57 | $2,062.80 |
| Buterbaugh, Troy | Mechanical | OT | 35.00 | $74.26 | $2,599.10 |
| Buterbaugh, Troy | Mechanical | Per Diem | 7.00 | $85.00 | $595.00 |
| Clowes, Dewayne | Mechanical | Reg | 40.00 | $51.57 | $2,062.80 |
| Clowes, Dewayne | Mechanical | OT | 36.50 | $74.26 | $2,710.49 |
| Clowes, Dewayne | Mechanical | Per Diem | 7.00 | $85.00 | $595.00 |
| Helfrich, William | Mechanical | Reg | 40.00 | $51.57 | $2,062.80 |
| Helfrich, William | Mechanical | OT | 35.50 | $74.26 | $2,636.23 |
| Helfrich, William | Mechanical | Per Diem | 7.00 | $85.00 | $595.00 |
| Kilgore, Tony | Mechanical | Reg | 40.00 | $51.57 | $2,062.80 |
| Kilgore, Tony | Mechanical | OT | 21.00 | $74.26 | $1,559.46 |
| Kilgore, Tony | Mechanical | Per Diem | 6.00 | $85.00 | $510.00 |
| Manint, Ernest | Mechanical | Reg | 40.00 | $51.57 | $2,062.80 |
| Manint, Ernest | Mechanical | OT | 36.00 | $74.26 | $2,673.36 |

| Description | | Type | Units | Rate | Amount |
|---|---|---|---|---|---|
| Manint, Ernest | Mechanical | Per Diem | 7.00 | $85.00 | $595.00 |
| Moore, Ronald | Mechanical | Reg | 40.00 | $51.57 | $2,062.80 |
| Moore, Ronald | Mechanical | OT | 36.50 | $74.26 | $2,710.49 |
| Moore, Ronald | Mechanical | Per Diem | 7.00 | $85.00 | $595.00 |
| Sibley, Brandon | Mechanical | Reg | 40.00 | $51.57 | $2,062.80 |
| Sibley, Brandon | Mechanical | OT | 21.50 | $74.26 | $1,596.59 |
| Sibley, Brandon | Mechanical | Per Diem | 5.00 | $85.00 | $425.00 |
| Vigler, Joseph | Mechanical | Reg | 21.00 | $51.57 | $1,082.97 |
| Vigler, Joseph | Mechanical | Per Diem | 2.00 | $85.00 | $170.00 |
| Wollard, Jacob | Mechanical | Reg | 40.00 | $51.57 | $2,062.80 |
| Wollard, Jacob | Mechanical | OT | 37.00 | $74.26 | $2,747.62 |
| Wollard, Jacob | Mechanical | Per Diem | 7.00 | $85.00 | $595.00 |
| Woolard, Jeffery | Mechanical | Reg | 22.00 | $51.57 | $1,134.54 |
| Woolard, Jeffery | Mechanical | Per Diem | 2.00 | $85.00 | $170.00 |
| Wright, Gordon | Mechanical | Reg | 40.00 | $51.57 | $2,062.80 |
| Wright, Gordon | Mechanical | OT | 27.50 | $74.26 | $2,042.15 |
| Wright, Gordon | Mechanical | Per Diem | 6.00 | $85.00 | $510.00 |
| | | | | Total This WeekWorked: | $53,338.44 |

| Reg: 443 OT: 354.5 DT: 0 | | Total - This Invoice: | $55,375.68 |
|---|---|---|---|

# ULG

**UNITED LABOR GROUP**

Remit To:

United Labor Group, LLC
PO Box 508
Logansport, IN 46947

Turner Industries Group, LLC
PO Box 1613
Baton Rouge, LA 70821

# INVOICE

| Invoice Amount |
|---|
| $891.98 |

| Payment Terms | Invoice Date |
|---|---|
| Net 30 Days | 03/14/2013 |
| Invoice No. | Customer No. |
| 7760 | 1174 |

PO #: Shell Deer Park Jobsite

**Make Check Payable to United Labor Group, LLC**

| Customer Name | Department | Customer No. | Payment Terms |
|---|---|---|---|
| Turner Industries Group, LLC | Corporate | 1174 | Net 30 Days |

| Description | | Type | Units | Rate | Amount |
|---|---|---|---|---|---|
| WeekWorked: 02/24/2013 | | | | | |
| Kirby, Kyle | Mechanical | Reg | 14.00 | $51.57 | $721.98 |
| Kirby, Kyle | Mechanical | Per Diem | 2.00 | $85.00 | $170.00 |
| | | Total This WeekWorked | | | $891.98 |

| Reg: 14 OT: 0 DT: 0 | Total - This Invoice: | $891.98 |
|---|---|---|

Page 1 of 1

# ULG
**UNITED LABOR GROUP**

Remit To:

**United Labor Group, LLC**
PO Box 508
Logansport, IN 46947

Turner Industries Group, LLC
PO Box 1613
Baton Rouge, LA 70821

## INVOICE

| Invoice Amount |
|:---:|
| **$54,681.34** |

| Payment Terms | Invoice Date |
|:---:|:---:|
| Net 30 Days | 03/21/2013 |
| **Invoice No.** | **Customer No.** |
| 7834 | 1174 |

| PO #: Shell Deer Park Jobsite |
|:---:|

**Make Check Payable to United Labor Group, LLC**

| Customer Name | Department | Customer No. | Payment Terms |
|:---:|:---:|:---:|:---:|
| Turner Industries Group, LLC | Corporate | 1174 | Net 30 Days |

| Description | | Type | Units | Rate | Amount |
|---|---|:---:|:---:|:---:|:---:|
| **WeekWorked: 03/17/2013** | | | | | |
| Ackerman, Joel A | Mechanical | Reg | 40.00 | $51.57 | $2,062.80 |
| Ackerman, Joel A | Mechanical | OT | 19.50 | $74.26 | $1,448.07 |
| Ackerman, Joel A | Mechanical | Per Diem | 5.00 | $85.00 | $425.00 |
| Bruton, Maurice | Mechanical | Reg | 40.00 | $51.57 | $2,062.80 |
| Bruton, Maurice | Mechanical | OT | 6.00 | $74.26 | $445.56 |
| Bruton, Maurice | Mechanical | Per Diem | 4.00 | $85.00 | $340.00 |
| Buterbaugh, Troy | Mechanical | Reg | 40.00 | $51.57 | $2,062.80 |
| Buterbaugh, Troy | Mechanical | OT | 32.50 | $74.26 | $2,413.45 |
| Buterbaugh, Troy | Mechanical | Per Diem | 6.00 | $85.00 | $510.00 |
| Clowes, Dewayne | Mechanical | Reg | 40.00 | $51.57 | $2,062.80 |
| Clowes, Dewayne | Mechanical | OT | 29.00 | $74.26 | $2,153.54 |
| Clowes, Dewayne | Mechanical | Per Diem | 6.00 | $85.00 | $510.00 |
| Helfrich, William | Mechanical | Reg | 40.00 | $51.57 | $2,062.80 |
| Helfrich, William | Mechanical | OT | 28.00 | $74.26 | $2,079.28 |
| Helfrich, William | Mechanical | Per Diem | 6.00 | $85.00 | $510.00 |
| Kilgore, Tony | Mechanical | Reg | 40.00 | $51.57 | $2,062.80 |
| Kilgore, Tony | Mechanical | OT | 43.50 | $74.26 | $3,230.31 |
| Kilgore, Tony | Mechanical | Per Diem | 7.00 | $85.00 | $595.00 |
| Kimmell, Kenton | Mechanical | Reg | 20.00 | $51.57 | $1,031.40 |
| Kimmell, Kenton | Mechanical | Per Diem | 2.00 | $85.00 | $170.00 |
| Manint, Ernest | Mechanical | Reg | 40.00 | $51.57 | $2,062.80 |
| Manint, Ernest | Mechanical | OT | 27.50 | $74.26 | $2,042.15 |
| Manint, Ernest | Mechanical | Per Diem | 6.00 | $85.00 | $510.00 |

| Description | | Type | Units | Rate | Amount |
|---|---|---|---|---|---|
| Mathis, Steven | Mechanical | Reg | 40.00 | $51.57 | $2,062.80 |
| Mathis, Steven | Mechanical | OT | 6.00 | $74.26 | $445.56 |
| Mathis, Steven | Mechanical | Per Diem | 4.00 | $85.00 | $340.00 |
| Moore, Ronald | Mechanical | Reg | 40.00 | $51.57 | $2,062.80 |
| Moore, Ronald | Mechanical | OT | 20.00 | $74.26 | $1,485.20 |
| Moore, Ronald | Mechanical | Per Diem | 5.00 | $85.00 | $425.00 |
| Sibley, Brandon | Mechanical | Reg | 40.00 | $51.57 | $2,062.80 |
| Sibley, Brandon | Mechanical | OT | 31.00 | $74.26 | $2,302.06 |
| Sibley, Brandon | Mechanical | Per Diem | 6.00 | $85.00 | $510.00 |
| Wollard, Jacob | Mechanical | Reg | 40.00 | $51.57 | $2,062.80 |
| Wollard, Jacob | Mechanical | OT | 30.00 | $74.26 | $2,227.80 |
| Wollard, Jacob | Mechanical | Per Diem | 6.00 | $85.00 | $510.00 |
| Wright, Gordon | Mechanical | Reg | 40.00 | $51.57 | $2,062.80 |
| Wright, Gordon | Mechanical | OT | 36.00 | $74.26 | $2,673.36 |
| Wright, Gordon | Mechanical | Per Diem | 7.00 | $85.00 | $595.00 |
| | | | | **Total This WeekWorked:** | $54,681.34 |

**Reg: 500 OT: 309 DT: 0**

**Total – This Invoice:** **$54,681.34**

# ULG
**UNITED LABOR GROUP**

Remit To:
**United Labor Group, LLC**
PO Box 508
Logansport, IN 46947

Turner Industries Group, LLC
PO Box 1813
Baton Rouge, LA 70821

**INVOICE**

| Invoice Amount |
|---|
| **$58,599.89** |

| Payment Terms | Invoice Date |
|---|---|
| Net 30 Days | 03/28/2013 |

| Invoice No. | Customer No. |
|---|---|
| 7926 | 1174 |

| PO #: Shell Deer Park Jobsite |
|---|

**Make Check Payable to United Labor Group, LLC**

| Customer Name | Department | Customer No. | Payment Terms |
|---|---|---|---|
| Turner Industries Group, LLC | Corporate | 1174 | Net 30 Days |

| Description | | Type | Units | Rate | Amount |
|---|---|---|---|---|---|
| **Week Worked: 03/24/2013** | | | | | |
| Ackerman, Joel A | Mechanical | Reg | 40.00 | $51.57 | $2,062.80 |
| Ackerman, Joel A | Mechanical | OT | 32.50 | $74.26 | $2,413.45 |
| Ackerman, Joel A | Mechanical | Per Diem | 7.00 | $85.00 | $595.00 |
| Bruton, Maurice | Mechanical | Reg | 40.00 | $51.57 | $2,062.80 |
| Bruton, Maurice | Mechanical | OT | 33.00 | $74.26 | $2,450.58 |
| Bruton, Maurice | Mechanical | Per Diem | 7.00 | $85.00 | $595.00 |
| Buterbaugh, Troy | Mechanical | Reg | 40.00 | $51.57 | $2,062.80 |
| Buterbaugh, Troy | Mechanical | OT | 36.00 | $74.26 | $2,673.36 |
| Buterbaugh, Troy | Mechanical | Per Diem | 7.00 | $85.00 | $595.00 |
| Clowes, Dewayne | Mechanical | Reg | 40.00 | $51.57 | $2,062.80 |
| Clowes, Dewayne | Mechanical | OT | 20.50 | $74.26 | $1,522.33 |
| Clowes, Dewayne | Mechanical | Per Diem | 6.00 | $85.00 | $510.00 |
| Helfrich, William | Mechanical | Reg | 40.00 | $51.57 | $2,062.80 |
| Helfrich, William | Mechanical | OT | 31.00 | $74.26 | $2,302.06 |
| Helfrich, William | Mechanical | Per Diem | 6.00 | $85.00 | $510.00 |
| Kilgore, Tony | Mechanical | Reg | 40.00 | $51.57 | $2,062.80 |
| Kilgore, Tony | Mechanical | OT | 17.00 | $74.26 | $1,262.42 |
| Kilgore, Tony | Mechanical | Per Diem | 5.00 | $85.00 | $425.00 |
| Kimmell, Kenton | Mechanical | Reg | 40.00 | $51.57 | $2,062.80 |
| Kimmell, Kenton | Mechanical | OT | 33.00 | $74.26 | $2,450.58 |
| Kimmell, Kenton | Mechanical | Per Diem | 7.00 | $85.00 | $595.00 |
| Manint, Ernest | Mechanical | Reg | 40.00 | $51.57 | $2,062.80 |
| Manint, Ernest | Mechanical | OT | 28.00 | $74.26 | $2,079.28 |

| Description | | Type | Units | Rate | Amount |
|---|---|---|---|---|---|
| Manint, Ernest | Mechanical | Per Diem | 6.00 | $85.00 | $510.00 |
| Moore, Ronald | Mechanical | Reg | 40.00 | $51.57 | $2,062.80 |
| Moore, Ronald | Mechanical | OT | 44.50 | $74.26 | $3,304.57 |
| Moore, Ronald | Mechanical | Per Diem | 7.00 | $85.00 | $595.00 |
| Sibley, Brandon | Mechanical | Reg | 40.00 | $51.57 | $2,062.80 |
| Sibley, Brandon | Mechanical | OT | 33.50 | $74.26 | $2,487.71 |
| Sibley, Brandon | Mechanical | Per Diem | 7.00 | $85.00 | $595.00 |
| Wollard, Jacob | Mechanical | Reg | 40.00 | $51.57 | $2,062.80 |
| Wollard, Jacob | Mechanical | OT | 36.00 | $74.26 | $2,673.36 |
| Wollard, Jacob | Mechanical | Per Diem | 7.00 | $85.00 | $595.00 |
| Wright, Gordon | Mechanical | Reg | 40.00 | $51.57 | $2,062.80 |
| Wright, Gordon | Mechanical | OT | 21.50 | $74.26 | $1,596.59 |
| Wright, Gordon | Mechanical | Per Diem | 6.00 | $85.00 | $510.00 |
| | | Total This WeekWorked: | | | $58,599.89 |

| Reg: 480 OT: 366.5 DT: 0 | Total - This Invoice: | $58,599.89 |
|---|---|---|



**UNITED LABOR GROUP**

Remit To:

**United Labor Group, LLC**
PO Box 508
Logansport, IN 46947

Turner Industries Group, LLC
PO Box 1613
Baton Rouge, LA 70821

## INVOICE

| Invoice Amount |
|---|
| **$497.56** |

| Payment Terms | Invoice Date |
|---|---|
| Net 30 Days | 04/04/2013 |
| **Invoice No.** | **Customer No** |
| 8004 | 1174 |

| PO #: Shell Deer Park Jobsite |
|---|

**Make Check Payable to United Labor Group, LLC**

| Customer Name | Department | Customer No. | Payment Terms |
|---|---|---|---|
| Turner Industries Group, LLC | Corporate | 1174 | Net 30 Days |

| Description | | Type | Units | Rate | Amount |
|---|---|---|---|---|---|
| **WeekWorked: 03/31/2013** | | | | | |
| Kimmell, Kenton | Mechanical | Reg | 8.00 | $51.57 | $412.56 |
| Kimmell, Kenton | Mechanical | Per Diem | 1.00 | $85.00 | $85.00 |
| | | Total This WeekWorked: | | | **$497.56** |

| Reg: 8 OT: 0 DT: 0 | Total - This Invoice: | $497.56 |
|---|---|---|

Page 1 of 1



**UNITED LABOR GROUP**

Remit To:

**United Labor Group, LLC**
PO Box 508
Logansport, IN 46947

Turner Industries Group, LLC
PO Box 1613
Baton Rouge, LA 70821

## INVOICE

| Invoice Amount |
|---|
| **$39,996.15** |

| Payment Terms | Invoice Date |
|---|---|
| Net 30 Days | 04/04/2013 |
| Invoice No. | Customer No |
| 7999 | 1174 |

| **PO #: Shell Deer Park Jobsite** |
|---|

**Make Check Payable to United Labor Group, LLC**

| Customer Name | Department | Customer No. | Payment Terms |
|---|---|---|---|
| Turner Industries Group, LLC | Corporate | 1174 | Net 30 Days |

| Description | | Type | Units | Rate | Amount |
|---|---|---|---|---|---|
| **WeekWorked: 03/31/2013** | | | | | |
| Ackerman, Joel A | Mechanical | Reg | 40.00 | $51.57 | $2,062.80 |
| Ackerman, Joel A | Mechanical | OT | 11.00 | $74.26 | $816.86 |
| Ackerman, Joel A | Mechanical | Per Diem | 5.00 | $85.00 | $425.00 |
| Bruton, Maurice | Mechanical | Reg | 40.00 | $51.57 | $2,062.80 |
| Bruton, Maurice | Mechanical | OT | 6.00 | $74.26 | $445.56 |
| Bruton, Maurice | Mechanical | Per Diem | 5.00 | $85.00 | $425.00 |
| Buterbaugh, Troy | Mechanical | Reg | 20.00 | $51.57 | $1,031.40 |
| Buterbaugh, Troy | Mechanical | Per Diem | 2.00 | $85.00 | $170.00 |
| Helfrich, William | Mechanical | Reg | 40.00 | $51.57 | $2,062.80 |
| Helfrich, William | Mechanical | OT | 39.50 | $74.26 | $2,933.27 |
| Helfrich, William | Mechanical | Per Diem | 7.00 | $85.00 | $595.00 |
| Kilgore, Tony | Mechanical | Reg | 40.00 | $51.57 | $2,062.80 |
| Kilgore, Tony | Mechanical | OT | 40.00 | $74.26 | $2,970.40 |
| Kilgore, Tony | Mechanical | Per Diem | 7.00 | $85.00 | $595.00 |
| Manint, Ernest | Mechanical | Reg | 40.00 | $51.57 | $2,062.80 |
| Manint, Ernest | Mechanical | OT | 37.00 | $74.26 | $2,747.62 |
| Manint, Ernest | Mechanical | Per Diem | 7.00 | $85.00 | $595.00 |
| Moore, Ronald | Mechanical | Reg | 40.00 | $51.57 | $2,062.80 |
| Moore, Ronald | Mechanical | OT | 33.50 | $74.26 | $2,487.71 |
| Moore, Ronald | Mechanical | Per Diem | 7.00 | $85.00 | $595.00 |
| Sibley, Brandon | Mechanical | Reg | 40.00 | $51.57 | $2,062.80 |
| Sibley, Brandon | Mechanical | OT | 12.50 | $74.26 | $928.25 |
| Sibley, Brandon | Mechanical | Per Diem | 5.00 | $85.00 | $425.00 |

| Description | | Type | Units | Rate | Amount |
|---|---|---|---|---|---|
| Wollard, Jacob | Mechanical | Reg | 40.00 | $51.57 | $2,062.80 |
| Wollard, Jacob | Mechanical | OT | 38.50 | $74.26 | $2,859.01 |
| Wollard, Jacob | Mechanical | Per Diem | 7.00 | $85.00 | $595.00 |
| Wright, Gordon | Mechanical | Reg | 31.00 | $51.57 | $1,598.67 |
| Wright, Gordon | Mechanical | Per Diem | 3.00 | $85.00 | $255.00 |
| | | | | **Total This WeekWorked:** | **$39,996.19** |

| | |
|---|---|
| **Reg: 371 OT: 218 DT: 0** | **Total - This Invoice:** **$39,996.15** |



# INVOICE

| Invoice Amount |
| --- |
| **$16,907.84** |

| Payment Terms | Invoice Date |
| --- | --- |
| Net 30 Days | 04/11/2013 |
| Invoice No. | Customer No. |
| 8049 | 1174 |

| PO #: Shell Deer Park Jobsite |
| --- |

Remit To:

**United Labor Group, LLC**
PO Box 1084
Logansport, IN 46947

Turner Industries Group, LLC
PO Box 1613
Baton Rouge, LA 70821

**Make Check Payable to United Labor Group, LLC**

| Customer Name | Department | Customer No. | Payment Terms |
| --- | --- | --- | --- |
| Turner Industries Group, LLC | Corporate | 1174 | Net 30 Days |

| Description | | Type | Units | Rate | Amount |
| --- | --- | --- | --- | --- | --- |
| **WeekWorked: 03/31/2013** | | | | | |
| Buterbaugh, Troy | Mechanical | Reg | 14.00 | $51.57 | $721.98 |
| Buterbaugh, Troy | Mechanical | Per Diem | 1.00 | $85.00 | $85.00 |
| | | **Total This WeekWorked:** | | | **$806.98** |
| **WeekWorked: 04/07/2013** | | | | | |
| Buterbaugh, Troy | Mechanical | Reg | 40.00 | $51.57 | $2,062.80 |
| Buterbaugh, Troy | Mechanical | OT | 26.00 | $74.26 | $1,930.76 |
| Buterbaugh, Troy | Mechanical | Per Diem | 7.00 | $85.00 | $595.00 |
| Helfrich, William | Mechanical | Reg | 31.00 | $51.57 | $1,598.67 |
| Helfrich, William | Mechanical | Per Diem | 4.00 | $85.00 | $340.00 |
| Kilgore, Tony | Mechanical | Reg | 40.00 | $51.57 | $2,062.80 |
| Kilgore, Tony | Mechanical | OT | 18.00 | $74.26 | $1,336.68 |
| Kilgore, Tony | Mechanical | Per Diem | 6.00 | $85.00 | $510.00 |
| Manint, Ernest | Mechanical | Reg | 12.00 | $51.57 | $618.84 |
| Manint, Ernest | Mechanical | Per Diem | 1.00 | $85.00 | $85.00 |
| Moore, Ronald | Mechanical | Reg | 25.00 | $51.57 | $1,289.25 |
| Moore, Ronald | Mechanical | Per Diem | 2.00 | $85.00 | $170.00 |
| Sibley, Brandon | Mechanical | Reg | 20.00 | $51.57 | $1,031.40 |
| Sibley, Brandon | Mechanical | Per Diem | 2.00 | $85.00 | $170.00 |
| Wollard, Jacob | Mechanical | Reg | 38.00 | $51.57 | $1,959.66 |
| Wollard, Jacob | Mechanical | Per Diem | 4.00 | $85.00 | $340.00 |
| | | **Total This WeekWorked:** | | | **$16,100.86** |

| Reg: 220 OT: 44 DT: 0 | Total - This Invoice: | **$16,907.84** |
| --- | --- | --- |

Page 1 of 1



**INVOICE**

| Invoice Amount |
|:---:|
| **$24,883.49** |

Remit To:

**United Labor Group, LLC**
PO Box 1084
Logansport, IN 46947

| Payment Terms | Invoice Date |
|:---:|:---:|
| Net 30 Days | 04/18/2013 |
| **Invoice No.** | **Customer No.** |
| 8203 | 1174 |
| PO #: Shell Deer Park Jobsite | |

Turner Industries Group, LLC
PO Box 1813
Baton Rouge, LA 70821

**Make Check Payable to United Labor Group, LLC**

| Customer Name | Department | Customer No. | Payment Terms |
|:---:|:---:|:---:|:---:|
| Turner Industries Group, LLC | Corporate | 1174 | Net 30 Days |

| Description | | Type | Units | Rate | Amount |
|---|---|:---:|:---:|:---:|:---:|
| **WeekWorked: 04/14/2013** | | | | | |
| Buterbaugh, Troy | Mechanical | Reg | 40.00 | $51.57 | $2,062.80 |
| Buterbaugh, Troy | Mechanical | OT | 32.00 | $74.26 | $2,376.32 |
| Buterbaugh, Troy | Mechanical | Per Diem | 7.00 | $85.00 | $595.00 |
| Helfrich, William | Mechanical | Reg | 40.00 | $51.57 | $2,062.80 |
| Helfrich, William | Mechanical | OT | 32.00 | $74.26 | $2,376.32 |
| Helfrich, William | Mechanical | Per Diem | 6.00 | $85.00 | $510.00 |
| Kilgore, Tony | Mechanical | Reg | 36.00 | $51.57 | $1,856.52 |
| Kilgore, Tony | Mechanical | Per Diem | 4.00 | $85.00 | $340.00 |
| Manint, Ernest | Mechanical | Reg | 40.00 | $51.57 | $2,062.80 |
| Manint, Ernest | Mechanical | OT | 23.00 | $74.26 | $1,707.98 |
| Manint, Ernest | Mechanical | Per Diem | 6.00 | $85.00 | $510.00 |
| Moore, Ronald | Mechanical | Reg | 40.00 | $51.57 | $2,062.80 |
| Moore, Ronald | Mechanical | OT | 3.00 | $74.26 | $222.78 |
| Moore, Ronald | Mechanical | Per Diem | 5.00 | $85.00 | $425.00 |
| Sibley, Brandon | Mechanical | Reg | 40.00 | $51.57 | $2,062.80 |
| Sibley, Brandon | Mechanical | OT | 14.50 | $74.26 | $1,076.77 |
| Sibley, Brandon | Mechanical | Per Diem | 6.00 | $85.00 | $510.00 |
| Wollard, Jacob | Mechanical | Reg | 40.00 | $51.57 | $2,062.80 |
| | | | **Total This WeekWorked:** | | **$24,883.49** |

| Reg: 276 OT: 104.5 DT: 0 | Total - This Invoice: | **$24,883.49** |
|---|---|---|

# ULG
## UNITED LABOR GROUP

**INVOICE**

| Invoice Amount |
|---|
| **$103.14** |

Remit To:

**United Labor Group, LLC**
PO Box 1084
Logansport, IN 46947

| Payment Terms | Invoice Date |
|---|---|
| Net 30 Days | 04/18/2013 |
| Invoice No. | Customer No. |
| 8209 | 1174 |

| PO #: Shell Deer Park Jobsite |
|---|

Turner Industries Group, LLC
PO Box 1613
Baton Rouge, LA 70821

<u>**Make Check Payable to United Labor Group, LLC**</u>

| Customer Name | Department | Customer No. | Payment Terms |
|---|---|---|---|
| Turner Industries Group, LLC | Corporate | 1174 | Net 30 Days |

| Description | | Type | Units | Rate | Amount |
|---|---|---|---|---|---|
| WeekWorked: 04/07/2013 | | | | | |
| Sibley, Brandon | Mechanical | Reg | 2.00 | $51.57 | $103.14 |
| | | Total This WeekWorked: | | | $103.14 |

| Reg: 2 OT: 0 DT: 0 | Total - This Invoice: | $103.14 |
|---|---|---|

# ULG
## UNITED LABOR GROUP

Remit To:
**United Labor Group, LLC**
PO Box 1084
Logansport, IN 46947

Turner Industries Group, LLC
PO Box 1613
Baton Rouge, LA 70821

# INVOICE

| Invoice Amount |
| --- |
| **$16,603.30** |

| Payment Terms | Invoice Date |
| --- | --- |
| Net 30 Days | 04/25/2013 |
| **Invoice No.** | **Customer No.** |
| 8327 | 1174 |

| PO #: Shell Deer Park Jobsite |
| --- |

**Make Check Payable to United Labor Group, LLC**

| Customer Name | Department | Customer No. | Payment Terms |
| --- | --- | --- | --- |
| Turner Industries Group, LLC | Corporate | 1174 | Net 30 Days |

| Description | | Type | Units | Rate | Amount |
| --- | --- | --- | --- | --- | --- |
| **WeekWorked: 04/21/2013** | | | | | |
| Helfrich, William | Mechanical | Reg | 40.00 | $51.57 | $2,062.80 |
| Helfrich, William | Mechanical | OT | 34.50 | $74.26 | $2,561.97 |
| Helfrich, William | Mechanical | Per Diem | 7.00 | $85.00 | $595.00 |
| Kilgore, Tony | Mechanical | Reg | 40.00 | $51.57 | $2,062.80 |
| Kilgore, Tony | Mechanical | OT | 2.00 | $74.26 | $148.52 |
| Kilgore, Tony | Mechanical | Per Diem | 4.00 | $85.00 | $340.00 |
| Manint, Ernest | Mechanical | Reg | 40.00 | $51.57 | $2,062.80 |
| Manint, Ernest | Mechanical | OT | 33.50 | $74.26 | $2,487.71 |
| Manint, Ernest | Mechanical | Per Diem | 7.00 | $85.00 | $595.00 |
| Moore, Ronald | Mechanical | Reg | 40.00 | $51.57 | $2,062.80 |
| Moore, Ronald | Mechanical | OT | 15.00 | $74.26 | $1,113.90 |
| Moore, Ronald | Mechanical | Per Diem | 6.00 | $85.00 | $510.00 |
| | | | | **Total This WeekWorked:** | **$16,603.30** |

| Reg: 160 OT: 85 DT: 0 | **Total - This Invoice:** | **$16,603.30** |
| --- | --- | --- |

# ULG
**UNITED LABOR GROUP**

Remit To:

United Labor Group, LLC
PO Box 1084
Logansport, IN 46947

Turner Industries Group, LLC
PO Box 1813
Baton Rouge, LA 70821

## INVOICE

| Invoice Amount |
|---|
| $4,212.12 |

| Payment Terms | Invoice Date |
|---|---|
| Net 30 Days | 05/02/2013 |
| **Invoice No.** | **Customer No.** |
| 8439 | 1174 |

| PO #: Shell Deer Park Jobsite |
|---|

**Make Check Payable to United Labor Group, LLC**

| Customer Name | Department | Customer No. | Payment Terms |
|---|---|---|---|
| Turner Industries Group, LLC | Corporate | 1174 | Net 30 Days |

| Description | | Type | Units | Rate | Amount |
|---|---|---|---|---|---|
| **WeekWorked: 04/28/2013** | | | | | |
| Kilgore, Tony | Mechanical | Reg | 40.00 | $51.57 | $2,062.80 |
| Kilgore, Tony | Mechanical | OT | 6.00 | $74.26 | $445.56 |
| Kilgore, Tony | Mechanical | Par Diem | 5.00 | $85.00 | $425.00 |
| Manint, Ernest | Mechanical | Reg | 21.50 | $51.57 | $1,108.76 |
| Manint, Ernest | Mechanical | Par Diem | 2.00 | $85.00 | $170.00 |
| | | | Total This WeekWorked: | | $4,212.12 |

| Reg: 61.5 OT: 6 DT: 0 | Total - This Invoice: | $4,212.12 |
|---|---|---|

# ULG
**UNITED LABOR GROUP**

Remit To:

United Labor Group, LLC
PO Box 1064
Logansport, IN 46947

Turner Industries Group, LLC
PO Box 1613
Baton Rouge, LA 70821

## INVOICE

| | |
|---|---|
| **Invoice Amount** | **$1,175.62** |

| Payment Terms | Invoice Date |
|---|---|
| Net 30 Days | 05/03/2013 |
| **Invoice No.** | **Customer No.** |
| 6451 | 1174 |

| PO #: Shell Deer Park Jobsite |
|---|

**Make Check Payable to United Labor Group, LLC**

| Customer Name | Department | Customer No. | Payment Terms |
|---|---|---|---|
| Turner Industries Group, LLC | Corporate | 1174 | Net 30 Days |

| Description | | Type | Units | Rate | Amount |
|---|---|---|---|---|---|
| **WeekWorked: 04/28/2013** | | | | | |
| Helfrich, William | Mechanical | Reg | 19.50 | $51.57 | $1,005.62 |
| Helfrich, William | Mechanical | Per Diem | 2.00 | $85.00 | $170.00 |
| | | | | Total This WeekWorked: | $1,175.62 |

| Reg: 19.5 OT: 0 DT: 0 | Total - This Invoice: | $1,175.62 |
|---|---|---|

Page 1 of 1